UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR BURNS,<br><br>        Plaintiff,<br><br>   -against-<br><br>SARAH HINES, Assistant District Attorney;<br>UNKNOWN N.Y.C. DEPT. OF<br>CORRECTION OFFICIAL,<br><br>        Defendants. | 1:21-CV-8236 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued November 9, 2021, dismissing this action without prejudice,

  IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any federal civil action under the *in forma pauperis* (IFP) statute while a prisoner unless he is under imminent danger of serious physical injury. *See id.*

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 9, 2021
     New York, New York

                 /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge